An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LONAEJA KAUTZMAN; ENTERPRISE LEASING COMPANY-WEST, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION, D/B/A ENTERPRISE LEASING COMPANY; AND ENTERPRISE LEASING COMPANY - WEST, A DOMESTIC CORPORATION, D/B/A ENTERPRISE LEASING COMPANY,

Appellants,

vs.

SERAFIM CAITA-MANDRA,

Respondent.

No. 66891

**FILED**

MAY 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Matt Pinlim

cc:    Hon. Kenneth C. Cory, District Judge
       Bremer Whyte Brown & O'Meara, LLP
       Bruce D. Schupp
       Vannah & Vannah
       Golightly & Vannah, PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-13398